# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:15CR080- ALM -CAN |
| KEVIN BORGES | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT TWO OF THE INDICTMENT

On this date, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Christine A. Nowak regarding Defendant's plea of guilty to Count Two of the Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge are hereby ADOPTED.

It is further ORDERED that Defendant's guilty plea and the plea agreement are ACCEPTED by the Court.

It is finally ORDERED that the Court finds Defendant guilty on Count Two of the Indictment.

**SIGNED this 6th day of November, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE